**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Jane and John Doe, Respondents,

v.

Kelsey Cochran, Steven Waddell, and South Carolina Department of Social Services, Defendants,

Of whom Steven Waddell is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2018-000059

---

Appeal From Spartanburg County
James F. Fraley, Jr., Family Court Judge

---

Unpublished Opinion No. 2018-UP-434
Submitted November 7, 2018 – Filed November 28, 2018

---

**AFFIRMED**

---

John Brandt Rucker and Allyson Sue Rucker, of The Rucker Law Firm, LLC, of Greenville, for Appellant.

James Fletcher Thompson, of James Fletcher Thompson, LLC, of Spartanburg, for Respondents.

Kenneth Philip Shabel, of Kennedy & Brannon, PA, of Spartanburg, for the Guardian ad Litem.

---

**PER CURIAM:**  Steven Waddell appeals from the family court's final order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2017).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Steven Waddell's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and THOMAS and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.